In the Matter of the Probate of the Will of ALICE E. PHILLIPS, Deceased. ELIZABETH McB. WEINGARTH et al., Appellants; CHARLES B. O'CONNELL et al., Respondents.

Argued October 3, 1950; decided October 12, 1950.

*David R. Levin* and *Timothy J. Nighan* for Lena Hatcliffe, appellant.

*Edward J. Ryan* for Elizabeth McB. Weingarth, appellant.

*Charles B. Bechtold* for respondents.

Upon the appeal of the contestant Lena Hatcliffe: Appeal dismissed, with costs. Upon the appeal of the contestant Elizabeth McBride Weingarth: Order affirmed and order absolute directed upon the stipulation, with costs in all courts. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.